C36 Van Buren County Circuit Court

# Case Detail

# Criminal

**Case ID:** 2010-0000017031-FC

**Name:** SHAVER, SCOTTIE, BERNARD

**Aliases/Alternate Names:** SHAVER, SCOTTIE, BERNARD

**Date Filed:** 3/16/2010

**Balance:** $39.60

**Next Hearing:**

**Judge of Record:** BRICKLEY, KATHLEEN

**Case Status:** CLOSED

**Attorney:** ARCHER, WILLIAM H.

**Offense Date:** 4/25/1998

## Charges

**Charge Count:** 1

**Current Charge:** HOMICIDE - MURDER FIRST DEGREE - PREMEDITATED

**Disposition:** NOT GUILTY-BENCH VERDICT

**Original Charge:**

**Amended Or Reduced:** O

**Charge Level:** F

**Disposition Date:** 7/11/2011

---

**Charge Count:** 2

**Current Charge:** HOMICIDE - FELONY MURDER

**Charge Level:** F

**Disposition Date:** 7/11/2011

**Original Charge:**

**Amended Or Reduced:** O

**Disposition:** NOT GUILTY-BENCH VERDICT

**Charge Count:** 3

**Current Charge:** HOMICIDE - FIRST DEGREE MURDER -
MULITPLE THEORIES

**Disposition:** GUILTY-JURY VERDICT

**Original Charge:**

**Amended Or Reduced:** O

**Charge Level:** F

**Disposition Date:** 6/9/2011

## Hearings

**Hearing Type:** ARRAIGNMENT

**Hearing Result:** HELD

**Hearing Result:** PLEAD NOT GUILTY

**Hearing Date:** 3/19/2010

---

**Hearing Type:** MOTION HEARING

**Hearing Result:** HELD

**Hearing Date:** 5/12/2010

---

**Hearing Type:** MOTION HEARING

**Hearing Date:** 8/13/2010

---

**Hearing Type:** MOTION HEARING

**Hearing Date:** 8/13/2010

---

**Hearing Type:** MOTION HEARING

**Hearing Date:** 9/20/2010

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 9/21/2010

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 9/22/2010

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 9/23/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 9/24/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 9/27/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 9/27/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 9/28/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 9/29/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 9/30/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 10/1/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 10/4/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY     **Hearing Date:** 10/5/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY     **Hearing Date:** 10/6/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY     **Hearing Date:** 10/7/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY     **Hearing Date:** 10/8/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY     **Hearing Date:** 10/11/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY     **Hearing Date:** 10/12/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY     **Hearing Date:** 10/14/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY     **Hearing Date:** 10/15/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY     **Hearing Date:** 10/18/2010

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 10/19/2010

**Hearing Result:** HELD

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 10/20/2010

**Hearing Result:** HELD

**Hearing Type:** JURY TRIAL HALF DAY

**Hearing Date:** 10/21/2010

**Hearing Result:** HELD

**Hearing Result:** MISTRIAL

**Hearing Type:** PRE-TRIAL HEARING

**Hearing Date:** 1/3/2011

**Hearing Result:** HELD

**Hearing Type:** MISCELLANEOUS HEARING

**Hearing Date:** 4/18/2011

**Hearing Result:** HELD

**Hearing Type:** MOTION HEARING

**Hearing Date:** 5/2/2011

**Hearing Type:** MOTION HEARING

**Hearing Date:** 5/9/2011

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/10/2011

**Hearing Result:** HELD

**Hearing Type:** JURY TRIAL HALF DAY

**Hearing Date:** 5/11/2011

**Hearing Result:** HELD

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/12/2011

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/16/2011

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/17/2011

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/18/2011

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/19/2011

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/20/2011

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/23/2011

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/24/2011

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 5/25/2011

**Hearing Result:** HELD

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 5/26/2011

---

**Hearing Type:** JURY TRIAL HALF DAY

**Hearing Result:** HELD

**Hearing Date:** 5/27/2011

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 5/31/2011

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 6/1/2011

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 6/2/2011

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 6/3/2011

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 6/6/2011

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 6/7/2011

---

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Result:** HELD

**Hearing Date:** 6/8/2011

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 6/9/2011

**Hearing Result:** HELD

**Hearing Type:** JURY TRIAL WHOLE DAY

**Hearing Date:** 6/9/2011

**Hearing Result:** HELD

**Hearing Type:** SENTENCE HEARING

**Hearing Date:** 7/11/2011

**Hearing Result:** HELD

# Sentencing

**Sentence Date:** 7/11/2011

**Jail/Prison:** PRISON

**Begins On:** 7/11/2011

**Sentence Type:** LIFE

**Min Term:**

**Max Term:**

**Time Served:** 609 DAYS

**Probation:** N

**Lieu of Jail:** N

**Optional:** N

**Community Service:** N

**Weekend Service:** N

**Jail/Prison Suspended:** N

**Fines Suspended:** N

**Curfew:** N

**Vehicle Forfeited:** N

*The court of record offers this public information without any express or implied warranty as to its accuracy. The information available here is presented on-line for informational use only and does not replace the official record on file with the court. Michigan and federal law preclude disclosure of certain information to the public, and that nonpublic information is not accessible through this website. Please contact the court of record directly if you have additional questions about the information provided on this website. To report a problem with the website, contact the JIS Service Desk (mailto:jis@courts.mi.gov).*

*Note: Civil, Traffic, Criminal, Domestic (Divorce/Family), Probate and Juvenile Traffic & Delinquency cases are available through this website depending on the type of court being searched. Neglect/Abuse cases will not be displayed.*

*Version: 1.0.0.0 (https://mijis.courts.michigan.gov/hc/en-us/articles/115002867928)*