UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTTIE BERNARD SHAVER,           )
                                  )
               Petitioner,        )
                                  )
v.                                )          Case No. 1:17-cv-809
                                  )          HON. GORDON J. QUIST
                                  )          MAG. RAY KENT
                                  )
BONITA HOFFNER,                   )
                                  )
               Respondent.        )

## PETITIONER'S EXHIBITS
## I N D E X

Exhibit-A ............................................. Affidavit from Mr. Thomas G. Bereza
Exhibit-B ............................................. Letter from Mr. Thomas G. Bereza
Exhibit-C ............................................. Certificate of Death, by Dr. Millard, MD [Accident]
Exhibit-D ............................................. Certificate of Death, by Dr. Millard, MD [Homicide]
Exhibit-E ............................................. Letter from Attorney Nichole M. Dunfield
Exhibit-F ............................................. Affidavir of Tommie Jeffries [MDOC #279527]

These Exhibits and Documents support the theory that a fraud was perpetrated upon the state trial courts to obtain the within unconstitutional conviction by the use of perjury - forgery for Dr. Millard.

**EXHIBIT-A**

# AFFIDAVIT OF THOMAS G. BEREZA

STATE OF MICHIGAN

COUNTY OF KENT

RE: DOROTHY KAY BOOTHBY

After multiple conversations with Dr. David Jerome Millard, I am convinced that the following statements regarding the death certificates and investigation are fact.

1. That Dr. David Jerome Millard, is retired as the Medical Examiner for Van Buren County.

2. That he was listed on the original Death Certificate – No. 1367508 of Dorothy Kay Boothby, that listed the cause of death as ACCIDENT, Dated April 26, 1998. The second Death Certificate – No. 5373 listed the cause of death as HOMICIDE. No. 0900434240

3. That he was listed on both of the certificates.

4. That there is no explanation report indicating why this change was made. Who made the change? Where is a report to this effect?

5. That the Death Certificate – No. 5373 was signed by the clerk of Van Buren County.

6. That he never examined the body of Dorothy Kay Boothby or completed an autopsy of her body.

7. That since he retired, the records have been destroyed.

8. That he was never consulted by anyone regarding this death. That includes Police Officers, Prosecuting Attorney or Attorneys or investigators, except myself.

9. That he does not know Waldemar A. Palutke, M.D. or has never met him or consulted with him in reference to this case. He has been informed that he issued two reports. The final Autopsy report and a report giving a description of the injuries to Dorothy Kay Boothby.

10. That he is aware of a letter from Joyce L. deJong, D.O. to Dr. Rex Cabaltica. This is from Sparrow Hospital and involves this case.

Page 2

11. That he never testified in court in reference to this file and that he is not involved in it in anyway or its investigation.

FURTHER AFFIANT SAYETH NOT.

Executed this ___ day of April, 2018

Thomas G. Bereza

STATE OF MICHIGAN

COUNTY OF KENT

Subscribed and sworn to before me this 26 day of April, 2018

_____, Notary Public

Kent _____ County, Michigan

My commission expires: 5-11-24

AARON FOBEAR
Notary Public – State of Michigan
County of Kent
My Commission Expires May 11, 2024
Acting in the County of Kent

<u>**EXHIBIT-B**</u>

# THOMAS INVESTIGATIVE SERVICES
ACCIDENT RECONSTRUCTION CONSULTANT
810 PENDLETON DRIVE N.E.
COMSTOCK PARK, MICHIGAN 49321

THOMAS G. BEREZA

(616) 784-0490

FAX (616) 784-0210
EMAIL: THOMASINV@AOL.COM

Scottie Bernard Shaver    ( No. 405867)          April 16, 2018

L.C.F.

141 First Street

Coldwater, Michigan 49036


RE: Affidavit of Dr. Millard

Dear Scottie:

I have enclosed a copy of the Affidavit that I prepared for Dr. Millard to sign. He did not do so at this time. After several phone conferences with him, he informed me of several factors that compromise proceeding further with his signing.

1. His proper name is David Jerome Millard   ( not David Carl Millard that is an easy fix.)
2. He informed me that IF a death certificate is to be changed, a report must accompany this change and who signed it.
3. He also stated that he was never involved in completing either death certificate.
4. He did not sign the original affidavit because his son (a lawyer) dose not want him involved.


   I am prepared to make a formal statement for you to these facts.


Regards,

Thomas G. Bereza

Thomas Investigative Services

   TGB/eb

   Enclosures: Affidavit

EXHIBIT-C

LF _185_

CF _____



STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH

CERTIFICATE OF DEATH

STATE FILE NUMBER
**1367508**

| 1 DECEDENT'S NAME (First, Middle, Last) | | | 2 SEX Female | 3 DATE OF DEATH (Month, Day, Year) April 26, 1998 |
|---|---|---|---|---|
| Deborah     Kay     Boothby | | | | |

| 4a AGE - Last Birthday (Years) 34 | 4b UNDER 1 YEAR | | 4c UNDER 1 DAY | | 5 DATE OF BIRTH (Month, Day, Year) June 18, 1963 | 6 COUNTY OF DEATH Van Buren |
|---|---|---|---|---|---|---|
| | MONTHS | DAYS | HOURS | MINUTES | | |

7a. LOCATION OF DEATH (Enter place officially pronounced dead in 7a, 7b, 7c). HOSPITAL OR OTHER INSTITUTION – Name (If not in either, give street and number)
South Haven Community Hospital

7b IF HOSP OR INST Inpatient, On/Emer Room, DOA (Specify)
Emergency Room

7c CITY, VILLAGE, OR TOWNSHIP OF DEATH
City of South Haven

8 SOCIAL SECURITY NUMBER
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

9a. USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired)
Assistant Manager

9b KIND OF BUSINESS OR INDUSTRY
Rent Way

| 10a CURRENT RESIDENCE - STATE Michigan | 10b COUNTY Van Buren | 10c LOCALITY (Check one box and specify) ☐ INSIDE CITY OR VILLAGE OF ☒ TWP of South Haven | 10d STREET AND NUMBER 17442 Blue Star Hwy. |
|---|---|---|---|

| 10e ZIP CODE 49090 | 11 BIRTHPLACE (City and State or Foreign Country) South Haven, Michigan | 12 MARITAL STATUS – Married, Never Married, Widowed, Divorced (Specify) Divorced | 13 SURVIVING SPOUSE (If wife, give name before first married) | 14 WAS DECEDENT EVER IN U S ARMED FORCES (Specify Yes or No) No |
|---|---|---|---|---|

15. ANCESTRY – Mexican, Puerto Rican, Cuban, Central or South American, Chicana, other Hispanic, Afro-American, Arab, English, French, Finnish, etc (Specify below)
German/Scotish

16 RACE – American Indian, Black, White, etc If Asian, give nationality i e , Chinese, Filipino, Asian Indian, etc (Specify below)
White

17. DECEDENT'S EDUCATION (Specify only highest grade complet)
Elementary/Secondary (0-12) | College (1-4 or 5+) 2

18 FATHER'S NAME (First, Middle, Last)
David Carl Boothby

19 MOTHER'S NAME (First, Middle, Surname before first married)
Marie Henry

20a. INFORMANT'S NAME (Type/Print)
Marie Atwood

20b MAILING ADDRESS (Street and Number or Rural Route Number, City or Village, State, ZIP Code)
09169 57th Street, Grand Junction, Michigan 49056

21. METHOD OF DISPOSITION – Burial, Cremation, Removal, Donation, Other (specify)
Burial

22a. PLACE OF DISPOSITION (Name of Cemetery, Crematory, or other place)
Lake View Cemetery

22b. LOCATION – City or Village, State
South Haven, MI

23. SIGNATURE OF FUNERAL SERVICE LICENSEE
► Jeffrey P. Filliardt

24 LICENSE NUMBER (of Licensee)
6279

25. NAME AND ADDRESS OF FACILITY
Calvin Starks Frost
365 Center, South Haven, MI, 49090

FOR OFFICIAL USE ONLY VAN BUREN COUNTY CLERK

26. PART I. Enter the diseases, injuries, or complications that caused the death. Do **NOT** enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

Approximate Interval Between Onset and Dea

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. _Multiple Blunt Trauma – to chest primarily_    _minut_
DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, IF ANY, leading to immediate cause. Enter UNDERLYING CAUSE (Disease of injury that initiated events resulting in death) LAST
b. _____
DUE TO (OR AS A CONSEQUENCE OF):

c. _____
DUE TO (OR AS A CONSEQUENCE OF)

d. _____

PART II Other significant conditions contributing to death but not resulting in the underlying cause given in Part I _____

27a. WAS AN AUTOPSY PERFORMED? (Yes or No)
yes

27b. WERE AUTOPSY FIN AVAILABLE, PRIOR T COMPLETION OF CA OF DEATH? (Yes or I
yes

28. ACTUAL PLACE OF DEATH (Home, Nursing Home, Hospital, Ambulance) (Specify)
hospital

29. WAS CASE REFERRED TO MEDICAL EXAMINER? (Specify Yes or No)
yes

31a (Check one only) ☐ The case reviewed and determined not to be a medical examiner
☒ On the basis of examination and of investigation, in my opinion death o at the time, date and place and due to the cause(s) and manner

30a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated

(Signature and Title) ► _____

30b. DATE SIGNED (Mo., Day, Yr.)

30c. TIME OF DEATH _____ M

(Signature and Title) ► R. O. O. Miller

31b. DATE SIGNED (Mo., Day, Yr)
May 5, 1998

31c CASE NUMBER

31d. PRONOUNCED DEAD (Mo., Day, Yr)
ON April 26, 1998

31e TIME OF DEATH
3:16

30d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print)

32a. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 26) (Type or Print)
Dr. David Millard 32345 56th Avenue, P.O. Box 204, Paw Paw MI 49079

32b. LICENSE NUMBER
020780

33a. ACC SUICIDE, HOM., NATURAL OR PENDING INVEST. (Specify)
Accident

33b. DATE OF INJURY (Mo., Day, Yr.)
April 26, 1998

33c. TIME OF INJURY
2:24 AM

33d DESCRIBE HOW INJURY OCCURRED
Pedestrian struck by automobi

33e. INJURY AT WORK (Specify Yes or No)
No

33f. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify)
highway

33g. LOCATION - Street or RFD No
31000 Blvd. Blue Star Hw. Covert Tw

City, Village or Two

34b. DATE FILED (Month, Day, Year)

EXHIBIT-D

TYPE/PRINT IN PERMANENT BLACK INK

LF _____ 185 _____
CF _____

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**
AMENDED *August 6, 2009

0900434240
STATE FILE NUMBER
5373

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Deborah Kay Boothby
2. DATE OF BIRTH (Month, Day, Year): June 18, 1963
3. SEX: Female
4. DATE OF DEATH (Month, Day, Year): April 26, 1998

5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS (include AKA's if any):

6a. AGE – Last Birthday (Years): 34
6b. UNDER 1 YEAR — MONTHS / DAYS:
6c. UNDER 1 DAY — HOURS / MINUTE:

7a. LOCATION OF DEATH (Enter place officially pronounced dead in 7a, 7b, 7c) HOSPITAL OR OTHER INSTITUTION – Name (if not in either, give street and number and zip code): South Haven Community Hospital
7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH: South Haven
7c. COUNTY OF DEATH: Van Buren

8a. CURRENT RESIDENCE - STATE: Michigan
8b. COUNTY: Van Buren
8c. LOCALITY (check the box that describes the location): CITY OR VILLAGE (inside limits of) / TOWNSHIP [X] / UNINCORPORATED PLACE — South Haven
8d. STREET AND NUMBER (Include Apt. No. if applicable): 17442 Blue Star Hwy.

8e. ZIP CODE: 49090
9. BIRTHPLACE (City and State or Country): South Haven MI
10. SOCIAL SECURITY NUMBER:
11. DECEDENT'S EDUCATION – What is the highest degree or level of school completed at the time of death?: 2 Yrs College

12. RACE – American Indian, White, Black, etc. (If Asian, give nationality, e.g., Chinese, Filipino, Asian Indian, etc.) (Enter all that apply): White
13a. ANCESTRY – Mexican, Cuban, Arab, African, English, French, Dutch, etc. (Enter all that apply) If American Indian race, enter principal tribe: German/Scotish
13b. HISPANIC ORIGIN (Yes or No): N/R
14. WAS DECEDENT EVER IN THE U.S. ARMED FORCE (Yes or No): No

15. USUAL OCCUPATION Give kind of work done during most of working life. Do not use retired.: Assistant Manager
16. KIND OF BUSINESS OR INDUSTRY: Rent Way
17. MARITAL STATUS – Married, Never Married, Widowed, Divorced (Specify): Divorced
18. NAME OF SURVIVING SPOUSE (if wife, give name before first married):

**PARENTS**

19. FATHER'S NAME (First, Middle, Last): David Carl Boothby
20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last): Marie Henry

**INFORMANT**

21a. INFORMANT'S NAME (Type/Print): Marie Atwood
21b. RELATIONSHIP TO DECEDENT: N/R
21c. MAILING ADDRESS (Street and Number or Rural Route Number, City or Village, State, Zip Code): 09169 57th St., Grand Junction MI 49056

**DISPOSITION**

22. METHOD OF DISPOSITION - Burial, Cremation, Entombment, Donation, Removal, Storage (Specify): Burial
23a. PLACE OF DISPOSITION (Name of Cemetery, Crematory, or other location): Lake View Cemetery
23b. LOCATION – City or Village, State: South Haven MI

24. SIGNATURE OF MORTUARY SCIENCE LICENSEE: /s/Jeffrey P. Filbrandt
25. LICENSE NUMBER (of Licensee): 6279
26. NAME AND ADDRESS OF FUNERAL FACILITY: Calvin Starks Frost 365 Center, South Haven MI 49090

**CERTIFICATION**

27a. CERTIFIER (Check only one)
_ Certifying Physician – To the best of my knowledge, death occurred due to the cause(s) and manner stated.
[x] Medical Examiner – On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
Signature and Title: /s/David Millard, MD

28a. ACTUAL OR PRESUMED TIME OF DEATH: 3:16 A.M.
28b. PRONOUNCED DEAD ON (Month, Day, Year): Apr. 26, 1998
28c. TIME PRONOUNCED DEAD: N/R M.

29. MEDICAL EXAMINER CONTACTED? (Yes or No): Yes
30. PLACE OF DEATH (Home, Hospice, Nursing Home, Hospital, Ambulance) (Specify): Hospital
31. IF HOSPITAL, Inpatient, Outpatient, Emergency Room, DOA (Specify): Emer. Room

27b. DATE SIGNED (Month, Day, Year): May 5, 1998
27c. LICENSE NUMBER: 020780
32. MEDICAL EXAMINER'S CASE NUMBER (if applicable):
33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print):

34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN (Type or Print): Dr. David Millard, MD, 32345 56th Ave., PO Box 204, Paw Paw MI 49079

35a. REGISTRAR'S SIGNATURE: /s/Shirley K. Jackson
35b. DATE FILED (Month, Day, Year): May 11, 1998

**CAUSE OF DEATH**

36. PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

If diabetes was an immediate, underlying or contributing cause of death be sure to record diabetes in either Part I or Part II of the cause of death section, as appropriate.

IMMEDIATE CAUSE (Final disease or condition resulting in death)

Sequentially list conditions, IF ANY, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

a. Miltiple Blunt Trauma to Chest Primarily
DUE TO (OR AS A CONSEQUENCE OF)
b.
DUE TO (OR AS A CONSEQUENCE OF)
c.
DUE TO (OR AS A CONSEQUENCE OF)
d.

Approximate Interval Between Onset and D[eath]: Secs – Mins.

PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I.

37. DID TOBACCO USE CONTRIBUTE TO DEATH?
Yes _ Probably _
No _ Unknown _

38. IF FEMALE
Not pregnant within past year.
Pregnant at time of death
Not pregnant, but pregnant within 42 days of death
Not pregnant, but pregnant 43 days to 1 year before
Unknown if pregnant within the past year

39. MANNER OF DEATH – Accident, Suicide, Homicide, Natural, Undetermined or Pending (Specify): *Homicide
40a. WAS AN AUTOPSY PERFORMED? (Yes or No): Yes
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No): Yes

**MEDICAL EXAMINER**

41a. DATE OF INJURY (Month, Day, Year): Apr. 26, 1998
41b. TIME OF INJURY: 2:24 A.M.
41c. DESCRIBE HOW INJURY OCCURRED: Pedestrian Struck by Automobile

41d. INJURY AT WORK (Yes or No): NO
41e. PLACE OF INJURY – At home, farm, street, construction site, wooded area, etc. (Specify): Highway
41f. IF TRANSPORTATION INJURY, Driver/Operator, Passenger, Pedestrian, etc. (Specify): 2591665 LOCATION: Street or RFD No. — 31000 Block of Blue Star Hwy. / City, Village or Twp. — Covert Twp. / State — MI

VRHDSS11 (12/12) Authority: MCL 333.2882

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.**

EXHIBIT-E

# Nichole M. Dunfield
## Attorney at Law

226 ½ East Michigan Avenue
Paw Paw, Michigan 49079
Email: dunfieldn@hotmail.com

Phone: (269) 657-3988
Fax: (269) 657-3224

April 18, 2016

— ~~Dorothe B. Shaver #405867, Coldwater Corr.~~
Shevolier J. Gill, #807931
Women's Huron Valley Correctional Facility
3201 Bemis Road
Ypsilanti, MI 48197

Regarding: Correspondence dated March 30, 2016

Dear Ms. Gill:

I hope this letter finds you well. I received your letter and I am sorry to hear you never received my last correspondence. I had written to inform you about the contact and conversation I had with Tracy Hughes.

On June 15, 2015 at approximately 10:00 a.m. Tracy Hughes approached me outside a courtroom in VanBuren County. She told me that she has changed her life and something was waying heavy on her heart. She stated that "They made her say what she said and that she wasn't even here." She is afraid to say something, because now she has committed perjury. I told her to weight her options and report the officers to their superiors if she felt it was important enough.

I want you to have this information in case it could help you get a new trial or on your appeal. If I receive any more information I will continue to pass it on.

Sincerely,

Nichole M. Dunfield,
Attorney at Law

NMD/slr

<u>**EXHIBIT-F**</u>

STATE OF MICHIGAN )
)ss
COUNTY OF BRANCH)

<u>AFFIDAVIT OF TOMMIE JEFFRIES</u>

I, Tommie Jeffries, MDOC ID No. 279527, being of sound mind, and after first being duly sworn, deposes and says as follows:

1. I am willing to testify to the facts as set forth in this sworn affidavit as I believe them to be true, accurate, and based on personal knowledge of the information in the body of the affidavit. That I have not been forced, coerced, or promised any tangible financial payment to make the statements, and I will testify as follows:

While at the Lakeland Correctional Facility, I approached Scottie Shavers whom I testified falsely against him during his jury trial and helped him get convicted of a crime he did not commit. I was forced to say some things on the witness stand I knew were not truthful.

I was forced by the leading detective Diane. I was never in the club on the night of the incident when Scottie supposedly killed someone. Detective Diane briefed me on what happened in Scottie's case, and what supposed to have happened in the club that night. That there was suppose to have been a fight between the Shavers and some woman. She [Detective Diane] told me about the fight between them. The truth is I've never seen a fight between them, or anyone else that night.

I never seen any of the defendants at al that night. I was outside the club the whole time. I was never in the car with Tisha Holland. Diane told me that she had evidence of me in that car and the car I was in hit the victim, and if I didn't tell her what she wanted, she was going to charge me with the murder, so I agreed to testify at Scottie's trial falsely because I didn't want to be charged in a murder. She [Detective Diane] made it clear that I was a suspect.

2. That I would like to apologize to the Courts for my false testimony, but I was forced to lie. I told Diane that I don't know any thing about this during the interview I had with her.

3. That I want to clear things up about what I did at trial because it was wrong. I was in fear of my freedom being taken away for the rest of my life for something I didn't do and Diane knew I didn't see any of this because in the beginning of the interview, I told her I didn't witness nothing that night and I advised her I was not with Tisha Holland. Diane told me that the fight happened inside the club because the victim called Ivory a 'nigga.' I never seen or heard none of that.

4. The entire circumstances surrounding my false testimony, took place over interviews at the Project Rehab and once right before I testified in court.

5. If I am called as a witness in this case, I will testify truthfully to the statements listed in this affidavit as they are true to the best of my belief, knowledge and understanding. FURTHER, I say not.

/s/ _Tommie Jeffries_
Tommie Jeffries

Subscribed and sworn to before me,
this __8__ day of __March__, 2016

NOTARY PUBLIC
MY COMMISSION EXPIRES: _1/18/22_
Acting in _Branch_, County Michigan