04/05/2024

**FILED - GR**
April 8, 2024 10:38 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: KB / 4-8

Scottie Bernard Shaver , 405867

No. 17-cv-00809-GJQ-RSK

Judge Jonker ,

I am writing to inform you of a situation that I was just made aware of as of Friday 4/5/24. To my understanding the court is already aware of Susan Kostovski suspension. However I was made aware of the suspension 2 days before my deadline . I was told by my Attorney Susanna Kostovski that she has been suspended since Dec 14th, 2024. This is very unprofessional conduct and lack of integrity on her part, to wait until the very last minute to inform her client of her suspension. Attorney Susanna Kostovski claims she was too embarrassed, so she failed to relate her suspension to me until Friday April 5th, 2024 . Attorney Kostovski also said she was expecting to be reinstated by March 14th , 2024. Myself , with the help of other legal assistants, were working on my brief ,which was prepared and completed for the Attorney. Kostovski to submit electronically. I generally ask that this court does not hold me to the same standard as Attorney Kostovski . Thank you for your time and understanding of this unfortunate situation I am faced with.

Scottie Shaver
4/5/2024