## ATTACHMENT-A

State Police Report indicating Ms. Burnett flunked the polygraph test, changed her statements to Petitioner forcing her to run over the victim.

| Michigan Department of State Police SUPPLEMENTAL INCIDENT REPORT 0056 | ORIGINAL DATE Mon, Mar 29, 1999 | INCIDENT NO. 055-0001422-99 (DB) |
|---|---|---|
| | SUPPLEMENTARY DATE Mon, Nov 24, 2008 | FILE CLASS 09001 |

| INCIDENT STATUS |
|---|
| Open |

# HOMICIDE

JOURNAL:

None - previous supp not review yet.

POLYGRAPH ADRIAN BURNETTE:

A polygraph was scheduled for ADRIAN BURNETTE on 11/18/08 at 11:00 am. I arrived to pick up ADRIAN at her residence at 9:15 am. ADRIAN came to the door and was it was obvious that she had just woke up. ADRIAN advised that she had forgotten about the appointment and asked if she could reschedule because she was babysitting her nephews. I asked BURNETTE if it would be possible for her to find someone else to watch the kids so that she could make her appointment, considering she had missed 3 previous scheduled polygraph appointment. ADRIAN was able to find alternative child care.

I transported ADRIAN to the Kentwood PD where a polygraph was conducted by Lt. Harris Edwards of the MSP Polygraph Unit, Grand Rapids Crime Lab. BURNETTE was asked the following questions:

1) Was SCOTTIE driving your car when DEBORAH was hit after leaving the Blue Star Club. Answer: Yes  Lie ①
2) Did you hit DEBORAH with your car after leaving the Blue Star Club. Answer: No  Lie ②
3) When DEBORAH was hit by your car, were you driving. Answer: No  Lie ③

It is the opinion of Lt. Edwards based on the examination given, that BURNETTE was not being truthful.

POST POLYGRAPH INTERVIEW:

During a post polygraph interview with Lt. Edwards, ADRIAN BURNETTE admitted to driving the vehicle with SCOTTIE as a passenger when she ran over BOOTHBY. ADRIAN stated that when she pulled out onto Blue Star Hwy, she could see BOOTHBY lying in the road. She said that she went to stop, but SCOTTIE said, "Run the bitch over." ADRIAN said SCOTTIE threatened her while in the car that if she didn't do it, the same thing would happen to her. She said that when she got home, SCOTTIE called his brother TERRANCE and put her on the other line. She said that SCOTTIE and TERRANCE both continued to threaten her if she said anything to anyone. ADRIAN advised that when she had seen IVORY SHAVER in passing, he would make the same threats. ADRIAN BURNETTE wrote out a written statement and that statement will be attached to this complaint. I was called into the polygraph testing room and at this time Lt. EDWARDS went over the statement that ADRIAN had given him..

At this time I explained to ADRIAN that I wanted to speak with her further in regards to the information she had just given. I explained to ADRIAN that I wanted to talk with her more about the events that led up to her

| PAGE 1 of 3 | INVESTIGATED BY DSGT DIANE C OPPENHEIM | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Mon, Mar 29, 1999 | INCIDENT NO.<br>055-0001422-99 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0054 | SUPPLEMENTARY DATE<br>Wed, Oct 01, 2008 | FILE CLASS<br>09001 |

O Sep17&18 08

her on a couple of things that had been brought up in the investigation since we had last talked. I asked her if there was anything that she remembered that she hadn't spoken to me about. She said no she hadn't. I explained to her that we had been told through other sources that during an altercation that occurred out in the parking lot, that ED FOSTER had actually been involved in striking her as well. ADRIAN said she did not see ED FOSTER do this. I asked her if she saw ED FOSTER at the bar that night. She said that she was sure he was there.

I explained that others had reported that they observed IVORY and SCOTTIE taking BOOTHBY to a vehicle. Because ADRIAN was sitting right there in her car, I asked her if she saw this. She said she did. She said she had told me that before that IVORY and SCOTTIE had taken DEBORAH and put her in what she thought was SHEVY GILL's van. I asked her if she could tell for sure whether or not they went into the van, and she said that she assumed they went in the van because that was the direction they went in, and they went over by the passenger side. She said she couldn't actually see them put DEBORAH in, but assumed she went into the van, but she could have gone into the vehicle next to hers. I asked who was driving the van and she said that she believed CALLIE WILBURN, but SHEVY was definitely driving the van. I asked her which way did she see them drive out, and she said they drove out and went to the left and went towards Covert. She said that was the last time she saw them.

We then talked about when she left the lounge and I asked her again if in fact she was the passenger in the vehicle. ADRIAN said she was and that SCOTTIE was driving. She said that SCOTTIE went off the road deliberately and ran over something. She again maintained that she did not see what was in the road, but it was something dark and it wasn't an animal or log because it was a big bump. She said it was only later that she learned it was BOOTHBY.

I explained to ADRIAN that it was very important that she told the absolute truth, and if in fact she was driving the vehicle, that we needed to know this. I explained to ADRIAN that if she was driving the vehicle but was forced to run her over, that is something we needed to know. ADRIAN maintained that she was the passenger of the vehicle. I explained to ADRIAN that I would like her to take a polygraph and she said she still was willing to do so. At this time the interview concluded.

**WITNESS:**

NAM: CALLIE DORIS WILBURN

| | | | |
|---|---|---|---|
| NBR: 7230    DIR: | RAC: B | ETH: | |
| STR: THORNHILL | SEX: F | OPS: | |
| SFX: ROAD | DOB: 04/03/1963 | SSN: | |
| CTY: SOUTH HAVEN    ST: MI | HGT: | SID: | |
| TXH:    ZIP: 49090 | WGT: | FBI: | |
| TXW: | HAI: | MNU: | |
| | EYE: | PRN: | |

**INTERVIEW CALLIE WILBURN:**

I went to the residence of WILBURN on 9/22/08 and spoke with CALLIE WILBURN at her residence. I explained to WILBURN that I wanted to speak with her in regards to this investigation. WILBURN quickly

| PAGE<br>3 of 5 | INVESTIGATED BY<br>D/SGT DIANE C OPPENHEIM | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Mon, Mar 29, 1999 | INCIDENT NO.<br>055-0001422-99 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0056 | SUPPLEMENTARY DATE<br>Mon, Nov 24, 2008 | FILE CLASS<br>09001 |

*Polygreh*

running over BOOTHBY. BURNETTE said that everything really was no different than what she had told me before, that there was an altercation in the bar between IVORY and BOOTHBY, and then SHEVY got involved. She said that once it was outside, the altercation continued where IVORY and SHEVY and SCOTTIE continued to beat on BOOTHBY. She said that when GLOVER came out he had a shotgun and he told everyone that he had called the police, and everyone then went to their cars. She said she then went to her car and SCOTTIE walked with her and told her to wait there for him. She said she then saw SCOTTIE, IVORY and SHEVY put BOOTHBY in SHEVY's vehicle, and she again stated it was a van. She said that the van was dark blue. She said they drove out and went to the left.

I asked ADRIAN if she was told what happened when they left. She said that yes, SCOTTIE and TERRANCE told her that they had taken BOOTHBY to the woods and beat her and then pushed her out of the car on the side of the road. I asked her if BOOTHBY was dumped where she was found, and she said yes. I asked ADRIAN how she knew that and she said, well she was just assuming that that is where she was tossed out. ADRIAN said that when she pulled out onto the road, BOOTHBY was lying face down, she could not see her face, and there wasn't any movement so she believed she was already dead. I asked how long it was before SCOTTIE came back. She said it was about 20 minutes. I asked her why she didn't tell me this information before. She said she was just scared. ADRIAN said that when she drove out onto the road she saw BOOTHBY lying face down and that is when she went to stop and SCOTTIE told her to run the bitch over. She said she was scared and that SCOTTIE continued to threaten her if she didn't do it. She said that is when she ran over the body and she then heard the police coming. ADRIAN said she wanted to stop then, but SCOTTIE told her that if she stopped, they would see that she was driving the car and this would all be her fault.

At this time I explained to BURNETTE that I wanted to talk with her in more detail, and explained to her that because we had been here since about 12:30, that I wanted to continue this interview at another time. An interview was continued on 11/19/08 at 1:00 p.m.

## CONTINUED INTERVIEW WITH ADRIAN BURNETTE:

BURNETTE arrived at the post at 1:00 pm to continue the interview from the previous day. I explained to BURNETTE that I just wanted to go over what we had talked about yesterday, as well as if there was any further information that she was leaving out. BURNETTE said she had told us everything and that everything she has said now is the truth. I went back to the beginning an asked ADRIAN about how she arrived at the Blue Star Lounge. Again she maintained that she drove there with her friend EVITA. She said that EVITA did not go home with her and she believed she left with MICHELLE JACKSON. She said that once inside the bar she did meet up with friends, but she was just kind of dancing and talking with other people. I asked her how long she had been dating SCOTTIE to that point. She said that they had been seeing each other for a couple of weeks. I asked her if she had seen BOOTHBY at the bar. She said she never saw BOOTHBY come in, but just saw when she was arguing with IVORY.

She said that when she heard IVORY, that is when SHEVY jumped in and everyone just kind of piled in and was screaming at her and hitting her and carrying on. She said she really did not see SCOTTIE hit BOOTHBY while inside the bar. She said that when it continued outside, that is when she saw SCOTTIE hitting

| PAGE<br>2 of 3 | INVESTIGATED BY<br>DSGT DIANE C OPPENHEIM | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Mon, Mar 29, 1999 | INCIDENT NO.<br>055-0001422-99 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0056 | SUPPLEMENTARY DATE<br>Mon, Nov 24, 2008 | FILE CLASS<br>09001 |

BOOTHBY, as well as IVORY and SHEVY. She said that LADY (SHAMIKA ECHOLS) while inside the bar, threw a beer on her and also got away with getting a pitcher of beer outside which SHAMIKA also had poured on BOOTHBY. She said that everybody was just kind of carrying on and getting into fights and that is when GLOVER came out. She said that GLOVER came out and he had a shotgun and he told everybody that they needed to get out of there because the police were coming. She said that everyone started to disperse at that point. She said the parking lot was clearing out and she believed that SAM BAM was still in the parking lot, but she said that when she walked to her vehicle SCOTTIE came to her and told her to wait for him, and that he would be right back. She said that is when she saw them put BOOTHBY in the vehicle. She once again maintained that it was a dark blue van with panel doors. She said that she was sure of this because SHEVY was driving the van.

I explained to ADRIAN that others had reported that it was a vehicle, and in fact it was SHEVY's vehicle. ADRIAN said they could have put BOOTHBY in a vehicle, but she was sure that she saw SHEVY drive off in the van. She said they went to the left toward Covert. She said she was later told when they got back to the house and was on the phone with SCOTTIE and TERRANCE that they took BOOTHBY to the woods and beat her. I asked her how she knew for sure that they dumped her body in the location where she ran her over. ADRIAN then said that she just assumed that is where they dumped her body because of the way she was lying in the road. I asked her to describe how BOOTHBY was lying in the road. ADRIAN said that BOOTHBY's head and torso area was face down to the east on the shoulder of the road with the other half of her torso and legs more in the street. She said that they would get ADRIAN to run her over. I asked her when they said that. She advised again that she just assumed this is what they planned. She said that SCOTTIE came back about 20 minutes later. I asked her what she was doing during that 20 minutes. She said she was just getting ready to doze off. I questioned ADRIAN how it was that she was able to be so relaxed after watching this woman get beaten and drug off in a vehicle. She advised it was because she had been drinking.

I explained to ADRIAN that she painted the picture that she was in such fear of SCOTTIE, how it was that she was able to just simply relax and start dozing off. She again said that you have to understand that she knows SCOTTIE, she knows what he has done to other women, and that she was in fear of him. She said that when he told her to run over BOOTHBY, and if she didn't, the same thing would happen to her, she believed him. I explained to ADRIAN that I didn't feel that she was being total truthful with me. At this time she just nodded her head. At this time the interview concluded. I explained to ADRIAN that I wanted to talk with her again at another time.

STATUS:

Open - pending further investigation

DCO/cjf

| PAGE<br>3 of 3 | INVESTIGATED BY<br>DSGT DIANE C OPPENHEIM | REPORTED BY | REVIEWED BY  |

