UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
January 21, 2025 1:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: / / -2)

SCOTTIE BERNARD SHAVER,

    Petitioner,

    -v-

    Case No. 1:17-cv-809
    HON. ROBERT J. JONKER

BONITA HOFFNER, Sub. Nom.,
BRYAN MORRISON,

    Respondent.

_____/

## MOTION TO WITHDRAW AS COUNSEL

Attorney Suzanna Kostovski, counsel for Petitioner, Scottie Bernard Shaver, hereby moves to withdraw as counsel pursuant to MCR 9.119(B) and L.R. 83.22(g). Counsel states that Petitioner's last known address is the Lakeland Corr Fac and counsel has sent a letter to Mr. Shaver advising him of the Motion To Withdraw.

Mr. Shaver has a pending 28 U.S.C. § 2254 Motion.

Defense counsel is requesting this Court to enter an order removing her from this matter in light of counsel's continued suspension from the practice of law.

Respectfully submitted,

/s/ Suzanna Kostovski
Suzanna Kostovski
8684 Springwood Way
Washington, MI 48094
586-215-6134
*skostovski1512@msn.com*

Date: January 6, 2025

January 6, 2025

Clerk
United States District Court
Western District of Michigan
110 Michigan Street
Grand Rapids, MI 49503

      Re:    Shaver v. Hoffner
             Case No. 1:17-cv-809

Dear Clerk:

    Please file the enclosed Motion To Withdraw as Counsel. In light of my suspension from the practice, I am unable to e-file the Motion.

    Thank you.

                                 Very truly yours,

                                 Suzanna Kostovski

sk
Enc:



Ms. Suzanna Kostovski
8684 Springwood Way
Washington, MI 48094-1529



METROPLEX MI 480

18 JAN 2025 PM 8 L

Clerk
United States District Court
Western District of Michigan
110 Michigan Street
Grand Rapids, MI 49503

49503-236399