# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 1, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
May 04, 2026
KELLY L. STEPHENS, Clerk

Re:  Scottie Bernard Shaver
v. Russ Rurka, Acting Warden
No. 25-7295
(Your No. 25-1238)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 9, 2025 and placed on the docket May 1, 2026 as No. 25-7295.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst